UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE COMMISSIONER OF THE GEORGIA DEPARTMENT OF NATURAL RESOURCES, IN HIS OFFICIAL CAPACITY AS TRUSTEE, STATE OF GEORGIA<br><br>      Plaintiff,<br>  v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>      Defendant. | Civil Action No.<br><br>1:19-CV-05709-SDG |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Respectfully Submitted.

*CHRISTOPHER M. CARR     112505*
*Attorney General*

*ISAAC BYRD                          101150*
*Deputy Attorney General*

*MARGARET K. ECKROTE    238709*
*Senior Assistant Attorney General*

 s/ Timothy J. Ritzka
*TIMOTHY J. RITZKA           607025*
*Senior Assistant Attorney General*
*Attorney for Plaintiff*

*Office of the Attorney General*
*40 Capitol Square SW*
*Atlanta, Georgia 30334-1300*
*Telephone: (404) 657-3976*
tritzka@law.ga.gov